# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**NATHAN M. LEGASSEY**
**STAFF SERGEANT (E-6), U.S. MARINE CORPS**

**NMCCA 201400017**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 16 October 2013.
**Military Judge**: LtCol C.J. Thielmann.
**Convening Authority**: Commanding General, I Marine Expeditionary Force, U.S. Marine Corps Forces, Pacific, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: Col S.D. Marchioro, USMC.
**For Appellant**: CAPT Stephen B. White, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**28 February 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court